IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00164-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELIZABETH LARRAINE LEWIS (4), )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of this matter from the December 4, 2017, trial term in the Charlotte Division, (Doc. No. 74), and to excuse counsel from the status conference on November 27, 2017, (Doc. No. 73).

Counsel was appointed on August 18, 2017, to represent one of several defendants charged with conspiring to distribute methamphetamine. (Doc. No. 1: Indictment; CJA 20). Although the indictment was superseded on September 19, 2017, to add a co-defendant (Doc. No. 54), it does not appear that the charges relative to this defendant were altered.

In the instant motion, counsel states that she needs additional time, given the Thanksgiving holiday this week and international travel next week, to discuss an anticipated revised plea offer with the defendant. (Doc. No. 74 at 1-2). The trial of this case has previously been continued twice, and un-severed co-defendants remain in custody pending resolution of this matter. Therefore, the Court finds that counsel has not stated sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to continue, (Doc. No. 74), is **DENIED**.

**IT IS FURTHER ORDERED** that counsel's motion to be excused from the status conference, (Doc. No. 73), is **GRANTED**, provided that counsel appear for trial as directed during the December 2017 term, if necessary.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 20, 2017

Robert J. Conrad, Jr.
United States District Judge